|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 10, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br> JESSICA ANN PELFREY,<br><br>            Defendant. | Case No.  2:23-cr-00202-TLN<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESSICA ANN PELFREY, Case No. 2:23-cr-00202-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

  **X**   Release on previously imposed supervised release conditions.

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  **X**   (Other):  The Defendant is ordered to appear at the Sacramento Probation Office on October 11, 2023 at 1:00 p.m.

Sacramento County Jail is further ORDERED to release the defendant with a

  **X**   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on October 10, 2023 at 2:30 p.m.

By: _/s/ Jeremy Peterson_____
Magistrate Judge Jeremy D. Peterson