HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JESSICA PELFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-00202-TLN |
|---|---|
| Plaintiff, | ) **SEALING ORDER** |
| vs. | ) Judge: Troy L. Nunley |
| JESSICA PELFREY, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Request to Seal Social History and attached Exhibit A-I to Ms. Pelfrey's sentencing memorandum be granted so that this sensitive personal information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: January 11, 2024

Troy L. Nunley
United States District Judge

Order to Seal         -1-         *United States v. Pelfrey,* 2:23-cr-00202-TLN